UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN T. DUNLAP, AS EXECUTOR OF
THE ESTATE OF JOSEPHINE A. MAYER,

                Plaintiff,

-against-

UNITED STATES OF AMERICA,

                Defendant.

Case No. 1:25-cv-02942 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The initial pretrial conference scheduled for **November 18, 2025** is HEREBY ADJOURNED until **December 2, 2025**.

Dated: November 10, 2025
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge