

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

**SO ORDERED.**

*Jennifer Rochon*
_____
**JENNIFER L. ROCHON**
**United States District Judge**

Request GRANTED. The initial pretrial conference is rescheduled for **December 22, 2025** at **11:00 AM**.

Date: November 24, 2025
       New York, New York

November 21, 2025

Via ECF
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *Dunlap, as Executor of the Estate of Mayer v. United States of America*,
         No. 25 Civ. 2942 (JLR)

Dear Judge Rochon:

    This Office represents the United States of America, the defendant in the above-referenced tax refund action.

    I write respectfully to request an adjournment of the initial conference currently scheduled for December 2, 2025, until a date after the United States' deadline to respond to the complaint.

    Pursuant to the Amended Standing Order issued by Chief Judge Swain on October 2, 2025, this case was stayed and all deadlines were tolled for the duration of the lapse in appropriations to the Department of Justice. *See In re: Stay of Certain Civil Cases Pending the Restoration of Department of Justice Funding*, No. 25 Misc. 433, Dkt. No. 3 (S.D.N.Y. entered Oct. 2, 2025). Accordingly, the United States' deadline for its response to the complaint—which was previously October 28, 2025—is now December 10, 2025.

    The United States respectfully requests that the Court adjourn the initial pretrial conference in this matter currently scheduled for December 2, 2025, until a date after December 10, 2025, and to extend the time for the parties to file the joint letter and proposed case management plan until 10 days before the rescheduled conference date.

    This is the United States' third request for an adjournment of the initial pretrial conference. The earlier requests, made along with requests to extend its deadline to respond to the complaint, were granted. *See* Dkt. Nos. 10, 12. Additionally, during the government shutdown, the Court *sua sponte* adjourned the initial conference from November 18, 2025, until December 2, 2025. *See* Dkt. No. 13.

    Plaintiff consents to this request.

Thank you for your consideration of this matter.

                                       Respectfully submitted,

                                       JAY CLAYTON
                                       United States Attorney

By:   /s/ Samuel Dolinger
        SAMUEL DOLINGER
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.: (212) 637-2677
        samuel.dolinger@usdoj.gov

cc: Counsel of record (via ECF)