

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 12, 2025

Via ECF
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Request GRANTED.  The December 22, 2025 conference is ADJOURNED.  Plaintiffs deadline to file an opposition brief to the pending motion to dismiss is **February 4, 2026**; the Government's deadline to file a reply brief is **February 25, 2026**.

**SO ORDERED.**

Date:   December 15, 2025
        New York, New York

*Jennifer Rochon*
_____
**JENNIFER L. ROCHON**
**United States District Judge**

Re:   *Dunlap, as Executor of the Estate of Mayer v. United States of America*,
       No. 25 Civ. 2942 (JLR)

Dear Judge Rochon:

This Office represents the United States of America, the defendant in the above-referenced tax refund action.  I write respectfully to request an adjournment *sine die* of the initial conference currently scheduled for December 22, 2025, and to set a schedule for the remaining briefing for the United States' motion to dismiss.  *See* Dkt. Nos. 15, 16.  Plaintiff consents to this request.

On December 9, 2025, the United States moved to dismiss this action for lack of subject matter jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil Procedure.  Dkt. Nos. 16-18.  In light of the pending motion, the United States respectfully requests that the Court adjourn the initial pretrial conference in this matter *sine die*, and determine whether an initial conference is necessary after the motion is resolved.

Additionally, the plaintiff requests additional time to respond to the United States' motion to dismiss.  The parties respectfully propose the following schedule for the remaining briefs:

- Plaintiff's opposition: to be filed by **February 4, 2026**
- United States' reply: to be filed by **February 25, 2026**

This is the parties' first request to extend this briefing schedule, and the United States' fourth request to adjourn the initial pretrial conference.  The earlier adjournment requests, which sought to align the initial pretrial conference with the United States' deadline to respond to the complaint, were granted.  *See* Dkt. Nos. 10, 12, 14.  Additionally, during the recent government shutdown, the Court *sua sponte* adjourned the initial conference from November 18, 2025, until December 2, 2025.  *See* Dkt. No. 13.

Page 2

        As noted above, I have conferred with counsel for Plaintiff, who consent to this request. Thank you for your consideration of this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    /s/ Samuel Dolinger
          SAMUEL DOLINGER
          Assistant United States Attorney
          86 Chambers Street, 3rd Floor
          New York, New York 10007
          Tel.: (212) 637-2677
          samuel.dolinger@usdoj.gov

cc: Counsel of record (via ECF)