**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOHN T. DUNLAP, AS EXECUTOR OF
THE ESTATE OF JOSEPHINE A. MAYER,

                                       Plaintiff,

              -against-                                              25 **CIVIL** 2942 (JLR)

                                                    **JUDGMENT**

UNITED STATES OF AMERICA,

                                     Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 6, 2026, the motion to dismiss for lack of subject matter jurisdiction under Rule 12(b)(1) is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

        May 8, 2026

                                      **TAMMI M. HELLWIG**
                                    _____
                                      **Clerk of Court**

                     **BY:**               K. mango

                                    _____
                                    **Deputy Clerk**